IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JESSE S. FLANAGAN,<br><br>             Defendant. | 4:24CR3030<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on August 14, 2024 regarding Petition for Action on Conditions of Pretrial Release [27]. Korey Reiman represented the defendant. Christopher Harroun represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition(s) (q). The Court took judicial notice of the petition and violation report as well as the pretrial services report and prior reprimand. Both parties were given an opportunity to present evidence and make argument. The government conceded that it did not prove the defendant violated the relevant pretrial release condition. After consideration of the parties' evidence and arguments, and, given the government's concession, the Court does not find there is probable cause that a crime was committed or clear and convincing evidence that a condition was violated. Therefore, the Court finds the defendant has not violated the Order Setting Conditions of Release [15]. The defendant shall be released on the current terms and conditions of supervision as well as the additional provision of providing Pretrial Services with financial access to his pay stubs.

**IT IS SO ORDERED**.

Dated this 14th day of August, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge